# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2014

149424

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 149424
                                      COA: 313512

WILLIE JAMES CARTER,
          Defendant-Appellant.
                                      Wayne CC: 12-004094-FC

_____/

      On order of the Court, the application for leave to appeal the April 10, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2014



t1112

                                        Clerk